IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| CHRIS CHELIOS, DUANE ROLOSON, AND TRENT KLATT, | ) ) ) |
| Plaintiffs, | ) Case No. 06C 5333 ) Judge Conlon |
| v. | ) ) Magistrate Judge Nolan |
| NATIONAL HOCKEY LEAGUE PLAYERS' ASSOCIATION, TED SASKIN, TREVOR LINDEN, VINCENT DAMPHOUSSE, BOB BOUGHNER, and BILL GUERIN, | ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT NHLPA'S MOTION TO DISMISS
## FOR FORUM NON CONVENIENS

Defendant National Hockey League Players' Association ("NHLPA") moves that this Court dismiss the complaint under the doctrine of forum non conveniens. In support of this motion, the NHLPA relies upon The NHLPA's Memorandum In Support of its Motion to Dismiss for Forum Non Conveniens and the declarations and exhibits attached to the Memorandum.

Dated: November 30, 2006

Respectfully submitted,

NATIONAL HOCKEY LEAGUE PLAYERS'
ASSOCIATION, TED SASKIN, TREVOR
LINDEN, VINCENT DAMPHOUSSE,
BOB BOUGHNER, and BILL GUERIN


By: /s/ Michael P. Conway
    One of their Attorneys

Michael P. Conway
Patrick R. Malone
Susan C. Caudell
GRIPPO & ELDEN LLC
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606
Firm I.D. 17044
Phone: (312) 704-7700
Fax:   (312) 558-1195